IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH L. STAUCH, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-546-ECM ) |
| ALABAMA HIGHWAY PATROL, | ) ) |
| Defendant. | ) |

**O R D E R**

On August 13, 2025, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 8) is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(b).

DONE this 20th day of October, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE